**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: YVONNE MONICA LANGEN,
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

Case Number:

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print):

Firm:

Street address:

City/State/Zip:

Bar ID Number:
(See item 3 in instructions)

Telephone Number:

Email Address:

Are you acting as lead counsel in this case?          Yes          No

Are you acting as local counsel in this case?          Yes          No

Are you a member of the court's trial bar?          Yes          No

If this case reaches trial, will you act as the trial attorney?          Yes          No

If this is a criminal case, check your status.          Retained Counsel

                                                      Appointed Counsel
                                                      If appointed counsel, are you
                                                      a    Federal Defender

                                                           CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:          S/_____
                             (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015