## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

YVONNE MONICA LANGEN,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-06551

Judge Edmond E. Chang

Magistrate Judge Albert Berry, III

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendant |
| --- | --- |
| 1 | JF ART |

1