Exhibit 1

## 001 JF ART

