## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

YVONNE MONICA LANGEN,

      Plaintiff,                                Case No.: 1:26-cv-06551

v.                                          Judge Edmond E. Chang

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Albert Berry, III
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, June 11, 2026, at 8:30 a.m., Plaintiff, by

Plaintiff's counsel, shall appear by remote means before the Honorable Judge Edmond E. Chang

of the U.S. District Court for the Northern District of Illinois and present Plaintiff's *Ex Parte*

Motion for Leave to Conduct Expedited Discovery and Service of Process by Email and/or

Electronic Publication.

DATED: June 4, 2026                Respectfully submitted,

                                   */s/ Keith A. Vogt*
                                   Keith A. Vogt
                                   FL Bar No. 1036084/IL Bar No. 6207971
                                   Keith A. Vogt PLLC
                                   1820 NE 163rd Street, Suite #306
                                   North Miami Beach, Florida 33162
                                   Telephone: 312-971-6752
                                   E-mail: keith@vogtip.com

                                   ***ATTORNEY FOR PLAINTIFF***