Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-468-667

**Effective Date of Registration:**
November 26, 2025
**Registration Decision Date:**
December 01, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Fernet Festivus |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | December 14, 2021 |
| **Nation of 1st Publication:** | Canada |

## Author

| | |
|---|---|
| • **Author:** | Yvonne Monica Langen |
| **Author Created:** | photograph |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yvonne Monica Langen |
| | 21 Warwick Pl., Ottawa, K1Y 1K1, Canada |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Yvonne Monica Langen |
| **Email:** | yvonne@tasteandtipple.ca |
| **Address:** | 21 Warwick Pl. |
| | Ottawa K1Y 1K1 Canada |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 23, 2025 |
| **Applicant's Tracking Number:** | YL2025062301 |

**Correspondence:** Yes