**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Yvonne Monica Langen

                                  Plaintiff,

v.                                          Case No.:
1:26−cv−06551

Honorable Edmond E. Chang

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's motion for discovery and electronic service of process [12] is taken under advisement. To track the case only (no appearance is required, the case will not be called), a tracking status hearing is set for 06/26/2026 at 8:30 a.m. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.