**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Yvonne Monica Langen
Plaintiff,
v.
Case No.: 1:26−cv−06551
Honorable Edmond E. Chang
The Partnerships and Unincorporated Associations Identified on Schedule A
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 14, 2026:

MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's motion for discovery and electronic service of process [12] is still under advisement. The tracking status hearing of 09/18/2026 is reset to 10/02/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.